1  Richard H.  Bartheld
2  Bartheld & Schwartz
3  413 N.  2nd Street
   Yakima, WA 98901
4  (509) 248-1100
5
6
                UNITED STATES DISTRICT COURT FOR THE
7                  EASTERN DISTRICT OF WASHINGTON
8
9  LESLIE JOHNSON and JOHN DOE      )
                                     )   NO.  CV-10-3015-LRS
10            Plaintiff              )
11                                   )   ANSWER TO COMPLAINT
12      vs.                          )   FOR VIOLATION OF FEDERAL
                                     )   FAIR DEBT COLLECTION
13 #P00197                           )   PRACTICES ACT AND
14 YAKIMA COUNTY CREDIT              )   INVASION OF PRIVACY
15 SERVICE, INC., A Washington       )
   Corporation, d/b/a YCCS A National )
16 Collection System                 )
17                                   )
18            Defendant              )
19
20      COMES NOW, Defendant, Yakima County Credit Service, Inc.  (YCCS), through its
21 attorney, Richard H. Bartheld of Bartheld & Schwartz and in answer to Plaintiff's Complaint
22 admits, denies and alleges as follows:
23      1.      In answer to paragraph 1 of Plaintiff's complaint, Defendant is without
24 sufficient information to admit or deny the truth of the averment contained therein, therefore
25 denies the same.
26      2.      In answer to paragraphs 2 and 3 of Plaintiff's complaint, Defendant admits the
27 same.
28      3.      In answer to paragraphs 4 and 5 of Plaintiff's complaint, Defendant is without
29 sufficient information to admit or deny the truth of the averment contained therein, therefore
30 denies the same.
31
32                                         LAW OFFICES OF
                                      BARTHELD & SCHWARTZ
33                                        413 NORTH 2ND STREET
                                      YAKIMA, WASHINGTON 98901
                                          (509) 248-1100
                                        FAX (509) 248-2519

4.      In answer to paragraph 6 of Plaintiff's complaint, Defendant admits the same.

5.      In answer to paragraphs 7 and 8 of Plaintiff's complaint, Defendant denies the same.

6.      In answer to paragraph 9 of Plaintiff's complaint, Defendant is without sufficient information to admit or deny the truth of the averment contained therein, therefore denies the same.

7.      In answer to paragraph 10 of Plaintiff's complaint, Defendant denies the same.

WHEREFORE, Defendant having fully answered Plaintiff's complaint,  prays for the following relief:

1.      That Plaintiff's complaint be dismissed with prejudice.

DATED this 21st day of April, 2010.

/s/ Richard H.  Bartheld
Richard H. Bartheld, WSB #11287
of BARTHELD & SCHWARTZ
Attorneys for Plaintiff

**Certificate of Service**

I hereby certify that on the 27th day of April, 2010, the forgoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Jon N.  Robbins, Attorney for Plaintiff.

/s/ Shannon K.  Baken
Legal Assistant
Law Office of
Bartheld & Schwartz
413 N.  2nd Street
Yakima, WA 98901

LAW OFFICES OF
BARTHELD & SCHWARTZ
413 NORTH 2ND STREET
YAKIMA, WASHINGTON 98901
(509) 248-1100
FAX (509) 248-2519