# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **LESLIE JOHNSON,** ) | No. CV-10-03015-LRS |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| vs. ) | **WITH PREJUDICE** |
| ) | |
| #POO197 ) | |
| YAKIMA COUNTY CREDIT SERVICE,) | |
| INC., A Washington Corporation, d/b/a) | |
| YCCS A National Collection System, ) | |
| ) | |
| Defendant. ) | |

This matter having come on for hearing this 22nd day of September, 2010, before the Honorable Judge Lonny Suko, Judge of the above entitled court, the Plaintiff represented by counsel Jon N. Robbins of Weisberg & Meyers, LLC and the Defendant represented by counsel Richard H. Bartheld of Bartheld & Schwartz, the court being advised that the parties hereto agree to dismissal of this litigation with prejudice and without cost to the parties, and the court being so advised; now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be and the same is hereby dismissed with prejudice without cost to either party.

DATED this 22nd day of September, 2010.

*s/Lonny R. Suko*
_____
Lonny R. Suko
Chief United States District Judge